UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach)

CASE NO.: 24-cr-80112-Rosenberg/Reinhart

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JOEL MEDINA,
*Defendant.*
_____/

## SENTENCING MEMORANDUM

## MEMORANDUM OF LAW

The Sentencing Reform Act of 1984 created the U. S. Sentencing Guidelines ("Guidelines") in which a Federal District Court Judge must consider each of the factors set forth in 18 USC § 3553 (a) when crafting a sentence. However, judges cannot increase sentences beyond the statutory maximum based on their own factual findings. See Blakely vs. Washington, 524 US 296, 303-04 (2004); Later the Court more thoroughly remedied the constitutional problem by holding that sentencing courts must consider the guidelines as only "advisory" and that may "tailor their sentence in light of other statuary concerns". See United States cs. Booker 543 US 220, 245-246 (2005). Pursuant to Booker, guidelines are no longer mandatory, and the final sentence has to withstand "Reasonableness" review. Id 543 US 220, 221; See also Rita vs. United States, 551 US 338 (2007); See also Kimbrough vs. United States, 552 US 85 (2007); Gall vs. United States, 525 US 38 (2007).

The factors the Court must consider in crafting a sentence are:

(1) The nature and circumstances of the offense and the Defendant's history and characteristics (18 USC § 3553(a)(1)).

(2) The general purpose of the Sentencing Reform Act: The need for the sentence imposed to:

(A) Reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) To afford adequate deterrence to criminal conduct;

(C) To protect the public from further crimes of the defendant;

(D) To protect the defendant with needs for educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 USC § 3553(a) (2)).

(3) The kinds of sentences available (18 USC § 3553(a)(3)).

(4) The pertinent policy statements issued by the "U.S Sentencing Commission" (18 USC § 3553(a) (5)).

(5) The need to avoid unwarranted sentences disparities between defendants convicted of similar conduct: (18 USC § 3553 (a)(6)).

(6) The need to provide restitution to any victims (18 USC § 3553(a)(7)).

(7) The applicable sentence range recommended by the "Guidelines" (18 USC § 3553(a) (4)).

Sentencing courts are required to consider the § 3553(a) factors and may not presume that a sentence within the guidelines range is automatically reasonable. Gall 128 S.CT 586,596. But sentencing courts have a great deal of discretion in deciding how the factors apply to the case and in setting a sentence accordingly. See Gall 127 S.CT at 597. Sentencing courts are not required to impose a sentence within the range provided by the "Guidelines. See Kimbrough 128 S.CT at 574-75.   United States vs. Diaz - Arguera, 447 F.3d 1167 (9th Cir,2006).  Everything boils down to the sentencing court imposing a sentence that is both procedurally reasonable and substantive reasonable and according to the § 3553(a) factors, Mr. Medina is asking this Honorable Court to

apply a variance from the federal sentencing guidelines in this case and states as grounds thereof the following:

### REQUEST FOR VARIANCE UNDER 18 USC 3553 (a)

### Nature and Circumstances of the Offense

The Defendant pled guilty to a one Count Indictment, which alleges conspiracy to distribute and process with intent to distribute over 40 grams of fentanyl in violation of 21 U.S.C. § 841(b)(1)(B)(vi), and 846.  The Defendant accepted responsibility for his actions and pled guilty early on in this case.  The Defendant did not use any threats, intimidation, or violence.

The Defendant's only function in this conspiracy was allowing the coconspirators to use his shed for this crime.  The Defendant made a total of $5,000.00 in this offense.

### The History and Characteristics of the Defendant

The Defendant is a 36-year old United States citizen, born and raised in Miami, Florida.  The Defendant, both of his parents, and siblings all live in South Florida as well.  Mr. Medina's parents separated when he was only a year old, although both his parents were present in his upbringing.

The defendant has five minor children, ages 15, 14, 12, 10, and 7. Additionally, the Defendant suffers from diabetes.

The Defendant has been working at his latest job for the last 10 years.  He holds the position of District Manager.

### The Defendant's Family Support

The Defendant remains extremely close to his family members, they are aware of the criminal situation he is currently in, and they remain supportive of him, as evidenced by the attached supporting character letters.

**Conclusion**

Mr. Medina cooperated with the process as best he could, accepted responsibility early on in this case and pled guilty in a speedy fashion.

WHEREFORE the Defendant, Joel Medina, through undersigned counsel respectfully petitions this Honorable Court to apply a variance in this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed via CM/ECF and furnished to Assistant United States Attorney Daniel Funk at daniel.funk@usdoj.gov on this 29th day of July, 2025.

Respectfully submitted,

By:  */s/ Bijan S. Parwaresch*
Law Offices of Bijan Parwaresch & Associates
FL Bar No. 127700
407 Lincoln Road, Suite 12-E
Miami Beach, FL.  33139
Tel.  305-505-8858
bijanlaw@aol.com
*Attorney for Defendant*

April 28, 2025

Honorable Judge Robin L. Rosenberg
United States District Court
Southern District of Florida
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, FL 33401

Dear Honorable Judge Robin L. Rosenberg,

I am honored to write this letter about my dear friend, Joel Medina. Joel is one of the most genuine, caring, and dependable individuals I have ever had the privilege of knowing. Time and time again, he has shown his incredible character by always being there for others including myself and my mother without hesitation. No matter what he is doing, Joel is the kind of person who will drop everything if someone he cares about needs help.

Joel is a down-to-earth man with a heart of gold. He consistently checks up on his loved ones, making sure everyone around him feels supported and valued. His advice is always thoughtful and sincere, and he is someone people naturally turn to for guidance and encouragement.

In every aspect of his life, Joel's dedication to his family shines through. From the very beginning, his children have been his greatest priority. He works tirelessly not just to provide for them, but to be a strong, loving presence in their lives. His commitment to being a devoted father and role model is truly inspiring.

What makes Joel even more special is his welcoming spirit. From the first moment you meet him, he makes you feel like part of his family. His warmth, humility, and generosity have touched the lives of many, including mine.

I am truly grateful to know Joel Medina. He is a rare and remarkable person whose selflessness, work ethic, and heart leave a lasting impact on everyone fortunate enough to know him.

Sincerely,
Victoria Rivera

September 18, 2024

To,

Whom it may concern

I am very pleased to write a character letter on behalf of Joel Medina. I have had

the pleasure of being Joel's supervisor for several years now. I have witnessed him be

a responsible team player and a smart talented person with integrity, loyalty and ambition

in many of the aspects of our industry.

He is more mature than his years, he has always taken task given and provided solutions

And has shown leadership upon his colleagues and team that he supervises with professionalism.

I have also seen him be a responsible father to his children, who he provides for and loves very much.

I hope to see Joel back at work soon as he is a tremendous asset to my team.

Kind Regards

Ivan Pereira

Service Manager

Alsco Hollywood

954 979-2600

July 2, 2025

Honorable Judge Robin L. Rosenberg
United States District Court
Southern District of Florida
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, FL 33401

Dear Honorable Judge Robin L. Rosenberg,

My name is Jatnna Batista. This letter is in regard to Joel Medina. I know Joel since 2013 thanks to my husband Virgilio that introduced us. Since then we're all been inseparable. He had become part of my family from being there for my kids birth to being the Godfather of my wedding.

Joel is such an amazing person that when my mother in law passed away he was the first one collecting money to help us, that is something I would never forget.

I can always count on Joel no matter the situation because that's just the person he is always there for everyone he is more than a friend he is family.

Sincerely,

Jatnna Bastista

(754) 302-0211

July 2, 2025

Honorable Judge Robin L. Rosenberg
United States District Court
Southern District of Florida
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, FL 33401

Dear Honorable Judge Robin L. Rosenberg,

My name is Virgilio Alexander Eusebio. This letter is in regards to Joel Medina which I know since 2010 thanks to his cousin Charlie that introduced us, since then I was the person that introduced him to his fiancé which today they have two beautiful children.

Joel has become more than a friend today me he is family, my kids calls him uncle and whenever we need help from each other we are right there to land a hand.

When I moved to Georgia he was the only person that took the time off to help my family and I moved out of state and even after we moved there is not one day that we don't speak to each other. There's no time I cannot count that he has left me. He is the most dependable person I know and trust. Though not brothers or have any blood relation, he is and will always be my family, because that's how I see him.

Sincerely,

Jatnna Bastista

(305) 440-9326

Ricardo Franqui
3820 SW 90th Avenue
Miami, FL 33165
(786) 559-6000

Honorable Judge Robin L. Rosenberg
United States District Court
Southern District of Florida
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
West Palm Beach, FL 33401

July 8, 2025

Dear Honorable Judge Robin L. Rosenberg,

My name is Ricardo Franqui, and I am writing to you as the brother-in-law of Joel Medina. I have had the privilege of knowing Joel personally for over eleven years, and throughout that time, I have come to know him as a man of honesty, integrity, and unwavering commitment to his loved ones and community.

Joel has always been a hardworking and devoted individual. He works tirelessly—often long hours and physically demanding jobs—to provide for his family. I have seen firsthand how seriously he takes his responsibilities, always placing his wife and children at the center of every decision he makes. Whether it's attending school events, helping with homework, or simply being present, Joel is the kind of father who shows up, who leads with love and example, and who teaches his children the values of honesty, respect, and perseverance.

He is also the kind of neighbor and friend who will lend a hand without being asked—whether someone needs help moving, repairing something around the house, or just someone to talk to. His character is defined not only by what he does when people are watching, but more importantly, by the quiet, consistent choices he makes every day to take care of those around him.

I am aware that Joel is currently before the court, and I do not write this letter to excuse or minimize the seriousness of any legal matters. Rather, I hope to offer a fuller picture of who Joel is at his core: a man with deep moral values, strong work ethic, and a sincere desire to do right by his family and his community. I truly believe that this situation, while difficult, is one he can learn and grow from.

Your Honor, I respectfully ask that you consider this letter as a testament to Joel's true character. He is not only a family man but a man of potential, who with support and the opportunity to move forward, can continue to be a positive presence in the lives of his children, his wife, and all of us who know and care for him.

Thank you for your time and thoughtful consideration.

Respectfully,

Ricardo Franqui

To Whom It May Concern,

My name is Marxiel Marte, and I am currently employed as a Human Capital Associate for the NYC Department of Consumer and Worker Protection, a position I have held for nearly three years. I am writing this letter in strong support of my dear friend Joel Medina, who I have been friends with for over a decade.

Joel and I have maintained a close friendship for the past ten years. We speak on a regular basis, as he plays a significant role in my life as a source of emotional support and guidance. I can say with absolute sincerity that Joel has been support through some of the most challenging moments in my life.

As a single mother working full-time while pursuing my education, I faced many moments of doubt and exhaustion. Joel was the one who consistently reminded me of my strength and worth, often lifting me up when I felt overwhelmed. When I was diagnosed with a health condition, Joel's response wasn't fear or pity—it was hope. I will never forget his words: "Now we know the problem, so we can work together and figure out solutions." That is who Joel is, full of optimism and determination.

Joel is the first person I call—whether I have good news to share or need a shoulder during hard times. He reminds me often that I am an amazing mother, even when I question myself. It is rare to have someone so compassionate, and encouraging in your corner. I am forever grateful he is in my life.

Beyond our friendship, Joel is an extraordinary father, husband, uncle, brother, and son. He is a man grounded in faith, driven by dreams, and committed to the well-being of his loved ones. His values, integrity, and unwavering support for those around him are what make him truly exceptional.

Please feel free to contact me should you require any additional information. I am honored to speak on Joel Medina's behalf and can say, without hesitation, that he is a man of great character and heart.

Sincerely,

Marxiel Marte

July 8, 2025

Denisse Medina
3820 SW 90 Avenue
Miami, Florida 33165
(786) 512-9639

Honorable Judge Robin L. Rosenberg
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street - Courtroom 2
West Palm Beach, FL 33401

Dear Honorable Judge Robin L. Rosenberg,

I write to you today with the hope of offering a glimpse beyond the black-and-white pages before you — to paint a picture of the man my brother, Joel Medina, truly is and has always been.

The Protector - Though I am his older sister, Joel has always been my protector. From the moment he was born, it felt as though his heart instinctively knew how to care for others. Not a day goes by without him checking on me, asking how I'm doing, if I'm okay, if I'm being treated well. Even after nearly 12 years with my partner, Joel still makes sure that my children and I are safe, loved, and cared for. His love knows no distance, and his protective nature is one of the many qualities that makes him so special to all of us, both family and friends.

The Light – Joel is the heart of our family and the spark among our family and his friends. His charisma, warmth, and loud, uncontrollable laughter naturally draw people to him. Children in our family sees him as "The Fun Uncle". It is not just because he plays with them, but you will see him do dance battles, show yo-yo tricks, and dive into their activities, no questions asked. His spirit brightens every room he walks into, and he leaves lasting impressions on every soul he meets.

The Supporter – He is the one we all turn to. Family, friends, colleagues, lean on Joel. Whether it's for advice, a helping hand, or to fix something no one else can figure out. He's the kind of person you call when you don't know who to call, because if he can't help, he'll find someone who can. It's rare for him to say "No." Joel has always put the needs of others before his own, even when it meant quietly bearing his own struggles so no one else would have to.

Even as his big sister, it is Joel who stepped up for our mother when I left for military service. He was only 14 years old, but without hesitation, he stood by her side, filling shoes far larger than his years. He became her strength, and her support. And though he carried that weight, he did so with pride for his sister serving her country, never once complaining.

My brother is my rock, my wall, my foundation. The one that I will always depend on and stand with. It has been us since he was born, and will always be us, with our other brother standing next to him.

It is with a humble heart that I ask you to see Joel for the person he truly is. I hope these words bring some color and light to the image presented in court, and that you'll consider the depth of his character as you make your decision.

Thank you for your time and for allowing me to share a piece of my brother's heart with you.

Sincerely,

Denisse Medina

Jennifer Charles

786-370-5935

14365 NW 17th Path

Opa-Locka FL, 33054

May 27, 2025

Honorable Judge Robin L. Rosenberg

United States District Court

Southern District of Florida

Paul G. Rogers Federal Building and Courthouse

701 Clematis Street

Courtroom 2

West Palm Beach, FL 33401

Dear Honorable Judge Robin L. Rosenberg,

I am one of Joel Medina good friend. I have known Joel since 2013 going into 2014 by one of our mutual friends named Alex Eusebio, since then we had a close friendship and the mother of his children. Joel is a devoted, loyal, and great family man, also a great friend especially when you need him, he never says no nor complains to help when it's in his reach. Whoever knows Joel can speak on his character and the great heart he has. On top of being a loyal friend, Joel is a great father, in the years of knowing him, I've never seen his kids miss out on anything, he's always there for those kids in every aspect, they are his life. In conclusion feel free to contact for anything.

Thank you, have a great day .

Sincerely,

Jennifer Charles

**Stephanie Artiles**
7080 NW 177 Street Apt. 206
Hialeah, FL 33015
Sartiles17@gmail.com
786-623-1634

4/24/2025

**Re: Character Reference for Joel Medina**

Dear Honorable Judge

I am writing to provide a character reference for Joel Medina, who is currently incarcerated in West Palm Beach. My name is Stephanie Artiles, and I have known Joel Medina for 7 years as a very great friend of mine.

Throughout the time I have known Joel Medina, I have witnessed all great positive qualities such as, being responsible, a great father, always on time and always being there for those who are in need whether is a friend, stranger or a family member. Joel is always willing to help people with anything whether is someone who needs a job, he will help them one. If anyone needed help with their car, he would help fix the car. If someone had health issues, he would help take care of them. He's the kind of person that would put everyone else first just to make sure their good and not missing anything. Other great qualities that Joel possess are kindness, dedication, work ethic and efforts to improve his lifestyle and everyone else's lifestyle around him in a positive way. While I acknowledge the circumstances that led to his incarceration, I firmly believe that Joel Medina has learned from this experience and is committed to making positive changes.

During this time in jail, he has mentioned educational programs, volunteer work, and personal growth he has undertaken or can possibly fulfill in the future. These actions demonstrate his sincere desire to contribute positively to the society and take responsibility for his past mistakes.

I respectfully ask for your consideration of Joel Medina's character, growth, and potential for rehabilitation when making any decisions regarding his case. I am confident that, given the opportunity, Joel Medina will work hard to become a productive and law-abiding member of the community.

Thank you for your time and consideration. Please feel free to contact me if you require any further information.

Sincerely,

**Stephanie Artiles**

Emmanuel Perez
(786) 337-2015
3154 NW 47th Street
Miami, FL 33142
May 23, 2025

Honorable Judge Robin L. Rosenberg
United States District Court
Southern District of Florida
Paul G. Rogers Federal Building and Courthouse
701 Clematis Street
Courtroom 2
West Palm Beach, FL 33401

Dear Honorable Judge Robin L. Rosenberg,

I am one of Joel Medinas closest friends. I have known him since 2014, when he helped me find a job at the company where he also worked during a vulnerable time in my life. We both started out as truck drivers, and over time, Joel advanced to become a manager through his dedication and strong work ethic.

Joel is a good man, a loyal friend, and a devoted family man. Everyone who knows him can speak to his character and the kindness of his heart.

Sincerely,

Emmanuel Perez